

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-22-00078-CV

**SAN ANTONIO EYE CENTER, P.A**. d/b/a Harris Optical, South Texas Total Eye Care, P.A.,
Albert Castillo and Sanford Roberts II, M.D.,
Appellants

v.

**VISION ASSOCIATES OF SOUTH TEXAS P.A.** D/B/A South Texas Eye Institute; and Lisa
Marten, M.D.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI21328
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

In a suit commenced in November 2020, Appellees Vision Associates of South Texas P.A. d/b/a South Texas Eye Institute and Lisa Marten, M.D. challenged referral practices of business associates San Antonio Eye Center, P.A. d/b/a Harris Optical, South Texas Total Eye Care, P.A., Albert Castillo and Sanford Roberts II, M.D. Parties exchanged pleadings related to interrogatories and requests for production over the course of 2021. On January 21, 2022, trial was set for May 2, 2022. On January 5, 2022, Appellants moved to compel arbitration. On February 8, 2022, the trial court found that the case would be subject to arbitration but that Appellants waived arbitration by engaging in litigation. On February 10, 2022, Appellants appealed the trial court's ruling.

On February 11, 2022, the trial court scheduled a motions hearing for February 23, 2022, to include Appellees' Motion to Compel Defendant's Responses to Discovery.

On February 16, 2022, Appellants moved this court to stay the trial court proceedings during the pendency of the interlocutory appeal.

Appellants' motion is GRANTED. We ORDER that all further proceedings at the trial court level in cause number 2020CV21328 are STAYED pending further order of this court or resolution of this appeal numbered 04-22-00078-CV. *See* TEX. R. APP. P. 29.3; *Oryx Capital Int'l, Inc. v. Sage Apartments, L.L.C.*, 167 S.W.3d 432, 436–37 (Tex. App.—San Antonio 2005, no pet.) (granting a stay of all proceedings pending resolution of the appellant's/defendant's interlocutory appeal).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

MICHAEL A. CRUZ, Clerk of Court